UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

MATTHEW FRANCIS BARTOLOMEO,	Case No.:  8:18-bk-09090-MGW
*AKA OLGA KALIUZHNA* and	Chapter:   7
OLGA BARTOLOMEO,
	/
        Debtors.

### QUICKEN LOANS INC.'S VERIFIED
### MOTION FOR RELIEF FROM AUTOMATIC STAY

#### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

**Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the proof of service, plus an additional three days for service if any party was served by U.S. Mail.**

**If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602 and serve a copy on the movant's attorney, McCalla Raymer Leibert Pierce, LLC, 110 S.E. 6th Street, Suite 2400, Ft. Lauderdale, FL 33301, and any other appropriate persons within the time allowed.  If you file and serve a response within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing.**

**If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

Quicken Loans Inc. (the "Secured Creditor"), its successors and/or assigns, as a secured creditor of the bankruptcy estate of Matthew Francis Bartolomeo and Olga Bartolomeo (the "Debtors"), seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d), and in support thereof, states as follows:

1. <u>Debtors' Bankruptcy Case</u>.  On October 24, 2018, the Debtors filed the above-captioned Chapter 7 bankruptcy case.

2. <u>Jurisdiction</u>. Jurisdiction of this matter is properly before this Court pursuant to 28 U.S.C. § 1334 and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure.

3. <u>The Note and Mortgage</u>. On September 02, 2014, the Debtors, Matthew F. Bartolomeo and Olga Bartolomeo, executed and delivered a note (the "Note") in the principal amount of $238,550.00, which is secured by a mortgage (the "Mortgage"). The Mortgage is recorded in Official Records Book 22779 at Page 187-209 with an Instrument Number 2014293211, of the Public Records of Hillsborough County, Florida. A copy of the Mortgage, together with the Note, and any applicable Assignments, are attached hereto as **Exhibit A, B and C**.

4. <u>Collateral</u>. Secured Creditor is entitled to enforce the Note and Mortgage, which are secured by the real property (the "Property") located at 12611 Lake Vista Dr, Gibsonton, Florida 33534 and further described as follows:

Lot 85, Block 2, KINGS LAKE PHASE 3, according to the map or plat thereof, as recorded in Plat Book 94, Page(s) 12, of the Public Records of Hillsborough County, Florida.

5. <u>Secured Creditor's Claim</u>. The Debtors owe Secured Creditor an outstanding principal balance of $220,216.82, plus applicable interest, penalties, fees and costs, and have defaulted by failing to make the payment due on November 1, 2018, and all subsequent payments due thereafter.

6. <u>Relief Requested</u>. Secured Creditor requests the entry of an order modifying the automatic stay pursuant to 11 U.S.C. § 362(d) to permit Secured Creditor to enforce all of its <u>in rem</u> remedies against the Property pursuant to the Note and Mortgage. The requested relief should be granted for the following reasons:

- The Debtors have no equity in the Property, as evidenced by the County Property Appraiser, which lists the value of the Property at $217,675.00. This amount is less than the outstanding amount due to Secured Creditor pursuant to the Note and Mortgage. A copy of the valuation is attached hereto as **Exhibit D**.

- The Debtors' Statement of Intention indicates the Property is being surrendered;

- Since the instant case is a Chapter 7 bankruptcy, the Property is not necessary to an effective reorganization;

- Interest continues to accrue; and

- Property taxes continue to accrue.

7.  <u>Request for Attorney's Fees and Costs</u>.  Secured Creditor requests attorney's fees in the amount of $450.00 and costs of $181.00, as a result of filing the instant motion.

8.  <u>Request for Waiver of 14-Day Stay of Relief</u>.  Secured Creditor requests that the 14 day stay, pursuant to Fed. R. Bankr. P. 4001(a)(3), be waived.

Wherefore, Secured Creditor requests the entry of an order modifying the automatic stay and for such other and further relief as the Court deems just and proper**.**

                                                                       McCalla Raymer Leibert Pierce, LLC

By:     */s/ Austin  Noel*
        Austin  Noel
        Florida Bar No. 106539
        Attorney for Creditor
        110 S.E. 6th Street, Suite 2400
        Ft. Lauderdale, Florida 33301
        Phone:  813-774-6221
        Fax:  813-774-6221
        Email:  Austin.Noel@mccalla.com

## **VERIFICATION**

The undersigned <u>James Wimbush</u> (name of witness), as the <u>Loss Mitigation Officer</u> (title/position of witness) of Quicken Loans Inc.; hereby declares under penalty of perjury that:

(i) I have personal knowledge of the business books and records of Quicken Loans Inc.;

(ii) Based on my review of the business books and records of Quicken Loans Inc., the information and allegations set forth in paragraphs 3 through 5 above, are true and correct to the best of my knowledge; and

(iii) The documents attached hereto as **Exhibit A, B, C** are true and correct copies of the originals.

*James Wimbush* Loss Mitigation Officer
Name and Title of Witness

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 29, 2019, a true and correct copy of the foregoing was served by U.S. Mail, First Class to Matthew Francis Bartolomeo, 3854 Lake Saint George Drive, Palm Harbor, FL 34684 and Olga Bartolomeo, 3854 Lake Saint George Drive, Palm Harbor, FL 34684; and those parties receiving CM/ECF service

- Samantha L Dammer    sdammer@attysam.com, bjones@attysam.com
- Christine L Herendeen    clherendeen@herendeenlaw.com, FL78@ecfcbis.com
- Christine L Herendeen, Attorney for Trustee    clherendeen@herendeenlaw.com
- Sheila M Lake    slake@grovelawoffice.com
- Ashley Prager Popowitz    Ashley.popowitz@mrpllc.com, FLBKECF@mrpllc.com
- United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV

By:    */s/ Austin Noel*
      Austin Noel