INSTRUMENT#: 2018463034, BK: 26209 PG: 1525 PGS: 1525 - 1528 11/17/2018 at
07:21:43 AM, DEPUTY CLERK:REYMOND1 Pat Frank, Clerk of the Circuit Court
Case 8:18-bk-09090-MGW Doc 22-3 Filed 01/29/19 Page 1 of 4
Hillsborough County

# Exhibit C

**Recording Requested By/Return To:**

Final Docs Team
1050 Woodward Ave.
Detroit, MI 48226

**This Instrument Prepared By:**
Akshdeep Dhaliwal
Quicken Loans Inc.
1050 Woodward Ave.
Detroit, MI 48226
Tel. No.: (800) 226-6308 ext. 34780

## Assignment of Mortgage

FOR VALUE RECEIVED, Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for
QUICKEN LOANS INC. whose address is P.O. Box 2026, Flint, MI 48501-2026

its successors and assigns, does hereby grant,
assign, transfer and convey, unto   Quicken Loans Inc.

, a corporation
organized and existing under the laws of   The State of Michigan          (herein "Assignee"), whose
address is  1050 Woodward Ave. Detroit, MI 48226

, its successors
and assigns, all its right, title and interest in and to a certain Mortgage dated          September 2, 2014          ,
made and executed by
MATTHEW F. BARTOLOMEO AND OLGA BARTOLOMEO, HUSBAND AND WIFE

whose address is  12611 Lake Vista Dr, Gibsonton, FL 33534

to and in favor of Mortgage Electronic Registration Systems, Inc ("MERS") as a nominee for QUICKEN LOANS
INC. its successors and assigns                                                                          upon the
following described property situated in  HILLSBOROUGH                               County, State
of  Florida                               :

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A
PART HEREOF SUBJECT TO COVENANTS OF RECORD.

Tax Parcel #:

Mortgage Recorded On: 09/05/2014                    Book/Liber#: 22779
Document Number: 2014293211                          Page#: 187
**MIN:**                          MERS Phone: 1-888-679-6377

MERS Assignment of Mortgage
VMP ®
Wolters Kluwer Financial Services  © 2000, 2011

VMP95M (1104).00
Page 1 of 3

such Mortgage having been given to secure payment of
Two Hundred Thirty Eight Thousand Five Hundred Fifty Dollars and 00/100

($ 238,550.00        ) (Include the Original Principal Amount) which Mortgage is of record
in Book, Volume, or Liber No. 22779            , at page  187              (or as No.
2014293211                   ) of the                                  Records of
                                                     HILLSBOROUGH  County, State of
Florida                                and all rights accrued or to accrue under such Mortgage.
        TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to
the terms and conditions of the above-described Mortgage.
        IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on
November 1, 2018   .

                                           Mortgage Electronic Registration Systems, Inc.
                                           ("MERS") as nominee for
Witness  Pamela Alford                     QUICKEN LOANS INC. , its successors and assigns

                                  By:
Witness  Christina Altman                         (Signature)

                                  Name:  Mike Codd
                                  Title:   Assistant Secretary of MERS
Attest

**Acknowledgement**

State of Michigan

County of Wayne

On 11/01/2018   , before me Shamara A. Phillips a Notary Public of Michigan , personally appeared
Mike Codd          , Assistant Secretary of Mortgage Electronic Registration Systems, Inc.,
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s)
whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s)
on the instrument, the person(s), or the entity upon behalf of which the person(s) acted, executed
the instrument.

WITNESS my hand and official seal.

SHAMARA A. PHILLIPS
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires September 15, 2024
Acting in the County of ___ Wayne

Name: Shamara A. Phillips

Title: Notary Public

MERS Assignment of Mortgage
Wolters Kluwer Financial Services © 2000, 2011

VMP95M (1104).00
Page 3 of 3

EXHIBIT "A"

Lot 85, Block 2, KINGS LAKE PHASE 3, according to the map or plat thereof, as recorded in Plat Book 94, Page(s) 12, of the Public Records of Hillsborough County, Florida.