Exhibit D



**Bob Henriquez**
**Hillsborough County Property Appraiser**

https://www.hcpafl.org/
15th Floor County Ctr.
601 E. Kennedy Blvd, Tampa, Florida 33602-4932
Ph: (813) 272-6100

**Folio:** ▮▮▮▮▮



### Owner Information

| | |
|---|---|
| Owner Name | BARTOLOMEO MATTHEW F |
| Mailing Address | 3843 LAKE SAINT GEORGE DR<br>PALM HARBOR, FL 34684-4217 |
| Site Address | 12611 LAKE VISTA DR, GIBSONTON |
| PIN | ▮▮▮▮▮ |
| Folio | ▮▮▮▮▮ |
| Prior PIN | ▮▮▮▮▮ |
| Prior Folio | ▮▮▮▮▮ |
| Tax District | U - UNINCORPORATED |
| Property Use | 0100 SINGLE FAMILY R |
| Plat Book/Page | 94/12 |
| Neighborhood | 227008.00 | Kingslake Area |
| Subdivision | 63D | KINGS LAKE PHASE 3 |

### Value Summary

| Taxing District | Market Value | Assessed Value | Exemptions | Taxable Value |
|---|---|---|---|---|
| County | $217,675 | $213,883 | $0 | $213,883 |
| Public Schools | $217,675 | $217,675 | $0 | $217,675 |
| Municipal | $217,675 | $213,883 | $0 | $213,883 |
| Other Districts | $217,675 | $213,883 | $0 | $213,883 |

Note: This section shows Market Value, Assessed Value, Exemptions, and Taxable Value for taxing districts. Because of changes in Florida Law, it is possible to have different assessed and taxable values on the same property. For example, the additional $25,000 Homestead Exemption and the non-homestead CAP do not apply to public schools, and the Low Income Senior Exemption only applies to countywide and certain municipal millages.

### Sales Information

| Book | Page | Month | Year | Type Inst | Qualified or Unqualified | Vacant or Improved | Price |
|---|---|---|---|---|---|---|---|
| 23980 | 0819 | 03 | 2016 | QC | Unqualified | Improved | $100 |
| 22779 | 0185 | 09 | 2014 | WD | Qualified | Improved | $240,000 |
| 20548 | 1386 | 06 | 2011 | WD | Qualified | Improved | $149,000 |
| 20280 | 0047 | 12 | 2010 | CT | Unqualified | Improved | $100 |
| 14440 | 0745 | 11 | 2004 | WD | Qualified | Improved | $182,900 |
| 12542 | 0889 | 03 | 2003 | WD | Unqualified | Vacant | $2,260,300 |
| 10158 | 1736 | 04 | 2000 | WD | Unqualified | Vacant | $1,200,000 |

## Building Information
### Building 1

| | |
|---|---|
| **Type** | 01 | SINGLE FAMILY |
| **Year Built** | 2004 |



### Building 1 Construction Details

| Element | Code | Construction Detail |
|---|---|---|
| Class | C | Masonry or Concrete Frame |
| Exterior Wall | 7 | Masonry Frm: Stucco |
| Exterior Wall | 13 | Alum/Vinyl Siding |
| Roof Structure | 3 | Gable or Hip |
| Roof Cover | 3 | Asphalt/Comp. Shingle |
| Interior Walls | 5 | Drywall |
| Interior Flooring | 8 | Carpet |
| Interior Flooring | 4 | Vinyl |
| Heat/AC | 2 | Central |
| Architectural Style | 10 | Contemporary Multi-Story |
| Condition | 3 | Average |
| Bedrooms | 4.0 | |
| Bathrooms | 2.5 | |
| Stories | 2.0 | |
| Units | 1.0 | |

### Building 1 subarea

| Area Type | Gross Area | Heated Area | Depreciated Value |
|---|---|---|---|
| FUS | 80 | 80 | $3,814 |
| BAS | 1,230 | 1,230 | $65,160 |
| FUS | 1,230 | 1,230 | $58,644 |
| FGR | 400 | | $10,595 |
| FUS | 400 | 400 | $19,071 |
| FOP | 18 | | $212 |
| **Totals** | **3,358** | **2,940** | **$157,496** |

## Extra Features

| OB/XF Code | Description | Building | Year On Roll | Length | Width | Units | Value |
|---|---|---|---|---|---|---|---|
| 0050 | CONCRETE PATIO | 1 | 2017 | 0 | 0 | 105.00 | $474 |
| 0651 | SHED NOT PERMANENTLY AFFIXED | 1 | 2017 | 0 | 0 | 1.00 | $0 |
| 0351 | POOL 01 SCREENED | 1 | 2006 | 0 | 0 | 1.00 | $20,604 |

## Land Information - Total Acreage: 0.16

| Use Code | Description | Zone | Front | Depth | Land Type | Total Land Units | Land Value |
|---|---|---|---|---|---|---|---|
| 03AH | Lakefront Class 8.5 | PD | 50.00 | 100.00 | FF | FRONT FEET | 50.00 | $39,100 |

## Legal Description
KINGS LAKE PHASE 3 LOT 85 BLOCK 2