ORDERED.

Dated: April 09, 2019

*Michael G. Williamson*
Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

MATTHEW FRANCIS BARTOLOMEO
*AKA OLGA KALIUZHNA*,
OLGA BARTOLOMEO

Case No.: 8:18-bk-09090-MGW
Chapter: 7

/

Debtors.

**AGREED ORDER GRANTING VERIFIED MOTION FOR
RELIEF FROM AUTOMATIC STAY FILED BY QUICKENS LOAN INC.**

**THIS CASE** was scheduled to come before the Court for hearing on April 18, 2019 at 9:30 a.m. upon the Verified Motion for Relief from Automatic stay filed by Quicken Loans Inc. (the "Secured Creditor") (Doc. No. 22) (the "Motion") and Response to Motion for Relief (Doc. No. 25) filed by the Chapter 7 Trustee. By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. Accordingly, it is

**ORDERED:**

1. The Motion is granted.

2. The automatic stay arising by reason of 11 U.S.C. § 362 is terminated as to Secured Creditor's interest in the real property located at 12611 Lake Vista Dr, Gibsonton, Florida 33534 (the "Property"), legally described as:

**Lot 85, Block 2, KINGS LAKE PHASE 3, according to the map or plat thereof, as recorded in Plat Book 94, Page(s) 12, of the Public Records of Hillsborough County, Florida.**

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secure Creditor, its successors and/or assigns, to complete *in rem* relief to take any and all steps necessary to exercise any rights it may have in the Property and to gain possession of said Property. Secured Creditor does not have *in personam* relief against the Debtors.

4. The relief granted here permits Secured Creditor, its successors and/or assigns, to commence and/or continue through judgment, sale, certificate of title and possession, a foreclosure against the Property described above.

5. Notwithstanding the above, the terms of this order are stayed for a period of one-hundred eighty (180) days to allow the Chapter 7 Trustee further time to market and attempt to sell the Property.

6. The hearing scheduled for April 18, 2019 is hereby canceled.

Attorney Austin Noel is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within three (3) days of entry of the order.